# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**NECA-IBEW WELFARE TRUST FUND,**
       **Plaintiff,**

    vs.                                                                                                        Case Number:   **05-2228**

**K.M. ELECTRICAL, INC.,**
**an Indiana corporation,**
       **Defendant.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the plaintiff and against the defendant in the amount of $6,978.88 for breach of the Settlement Agreement.

    **IT IS FURTHER ORDERED AND ADJUDGED** that defendant is ordered to pay plaintiff its attorney fees to date in the amount of $4,027.75.  Defendant is ordered to pay all costs attendant to the cost of these proceedings.

                            ENTER this 20th day of January, 2006.


                            s/John M. Waters, Clerk
                            _____
                            JOHN M. WATERS, CLERK


                            s/S. Johnson
                            _____
                            BY:  DEPUTY CLERK

AO 450 (Rev. 5/85) Judgment in a Civil Case

2:05-cv-02228-HAB-DGB   # 10   Page 2 of 2

AO 450 (Rev. 5/85) Judgment in a Civil Case